# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                   Case No. 20-CR-31

JOSE LUIS AGUILAR-SAMANO,

    Defendant.

---

## REPORT AND RECOMMENDATION

---

On May 19, 2020, defendant, Jose Luis Aguilar-Samano, appeared before me via video conference for a Federal Rule of Criminal Procedure 11 hearing. Aguilar-Samano consented to appearing via videoconference, waived indictment, and entered a plea of guilty to the offense charged in the Information.

After cautioning and examining Aguilar-Samano under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary, and that the offense charged is supported by an independent factual basis containing each of the essential elements of the offense.

**NOW, THEREFORE, IT IS RECOMMENDED** that Aguilar-Samano's plea of guilty be accepted; that a presentence investigation and report be prepared; and that Aguilar-Samano be adjudicated guilty and have sentence imposed accordingly.

Your attention is directed to General L.R. 72(c), 28 U.S.C. § 636(b)(1)(B) and Federal Rules of Criminal Procedure 59(b), or Federal Rules of Civil Procedure 72(b) if applicable, whereby written objections to any recommendation or order herein, or part

thereof, may be filed within fourteen days of the date of service of this recommendation or order. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Failure to file a timely objection with the district court shall result in a waiver of a party's right to appeal. If no response or reply will be filed, please notify the Court in writing.

Dated at Milwaukee, Wisconsin this 19th day of May, 2020.

BY THE COURT

_s/Nancy Joseph_
NANCY JOSEPH
United States Magistrate Judge